# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RONNIE KONG, by and through successor in interest, Touch Kong; TOUCH KONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT; ANDREW CAMPBELL; CHRISTOPHER LUTH; and TONY MARASCHIELLO;<br><br>Defendants. | Case No. 22-cv-1858-BAS-DDL<br><br>**ORDER TO RE-FILE PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs filed their First Amended Complaint in this case on November 8, 2023. (ECF No. 14.) Plaintiffs did so after the Court dismissed their original Complaint while granting Plaintiffs leave to amend. (ECF No. 10.) Per this Court's Local Rules, an amended complaint filed after a court has granted a motion to dismiss with leave to amend must be "accompanied by a version of that pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how that pleading differs from the previously dismissed pleading." CivLR 15.1(c). Plaintiffs' First Amended Complaint did not include such a redlined version of their pleading. (ECF No. 14.) Accordingly, Plaintiffs are hereby **ORDERED** to re-file their First Amended

1  Complaint, accompanied by a redlined pleading formatted in accordance with the Local
2  Rules, on or before **November 27, 2023**.
3       **IT IS SO ORDERED.**

5  **DATED: November 15, 2023**

Hon. Cynthia Bashant
United States District Judge